Walker
v.
Menchaca et. al.

Case #: 17-1272
GMS
9/29/17

TO: Clerk
U.S. District Court
Wilmington, Del.

TO: Hon. Judge Gregory Sleet
U.S. District Court

Sirs:

I am in receipt of your denial of my In forma pauperis motion. I hereby appeal the denial because:

1. I do not know my wife's income
2. I am separated from my wife
3. I intend to file for divorce from my wife in October 2017.
4. My complaint has merit for the community and needs to be heard.

After 10/5/17, my mailing address is:

Russell (Scott) Walker
C/o Sunday Breakfast Mission
110 N. Poplar St.
Wilmington, Del. 19801
302 345 1500

Thank you,
Russell (Scott) Walker

FILED
OCT 04 2017
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

R. Walker
℅ Sunday Breakfast Mission
110 N. Poplar St.
Wilm. Del. 19801

Clerk
U.S. District Court
9th & King Sts.
Wilm. Del. 19801

