IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSEL E. (SCOTT) WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 17-1272-GMS |
| | ) |
| SHERRY MENCHACA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 22nd day of March, 2018,

IT IS ORDERED that the: (1) the motion for leave to proceed *in forma pauperis* (D.I. 3) is **denied** as moot; and (2) the case is **dismissed** without prejudice for the following reasons:

On September 14, 2017, the court entered an order requiring the plaintiff to fully complete a long form *in forma pauperis* application (*i.e.*, question 1 and fully complete page 3) or to pay the filing fee in full within twenty-one days from the date of the order. (D.I. 4.) The plaintiff was warned that failure to comply with the order would result in dismissal of the complaint. Plaintiff appealed. (D.I. 5.) On December 20, 2017, the appeal was dismissed for failure to timely prosecute. (D.I. 7.)

On February 5, 2018, the court entered a second order for the plaintiff to file a complete long form *in forma pauperis* application on or before March 5, 2018, or the case would be dismissed. (D.I. 8.) The time has passed and the plaintiff did not comply with the February 5, 2018 order.

UNITED STATES DISTRICT JUDGE